IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| RICKY GLENN RICHARDS,<br><br>                 Plaintiff,<br><br>vs.<br><br>ZIMMER, INC.; ZIMMER HOLDINGS, INC; and ZIMMER ORTHOPAEDIC SURGICAL PRODUCTS, INC.,<br><br>                 Defendants. | Civil Action No. 5:12-CV-30-RLV-DSC<br><br>**ORDER** |

The Defendants, Zimmer Inc., Zimmer Holdings, Inc., and Zimmer Orthopaedic Surgical Products, Inc., and the Plaintiff, Ricky Glenn Richards, filed their Joint Motion To Stay Pending Transfer To Multidistrict Proceedings ("Motion"). The Court, having considered the Motion and being duly advised, now GRANTS the Motion.

IT IS ORDERED that the above captioned case is stayed pending transfer of this matter to consolidated proceedings in the Northern District Of Illinois styled *In Re: Zimmer NexGen Knee Implant Products Liability Litigation*, MDL No. 2272.

**SO ORDERED.**    Signed: March 28, 2012

_____
David S. Cayer
United States Magistrate Judge